UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TIN RX THE INDEPENDENT NETWORK, INC, et al.,<br><br>Defendants. | No. 2:24-cv-1225-DJC-CSK<br><br>ORDER VACATING HEARING AND ORDER TO RESPOND |

Presently pending before the Court is Plaintiff McKesson Corporation's motion for default judgment against Defendants TIN Rx The Independent Network, Inc., TIN Rx Castro San Francisco, and TIN Rx At The Tower, Inc., which was filed on July 9, 2024 and which is set for hearing on August 20, 2024. (ECF No. 9.) Under Local Rule 230(c), Defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days after the filing date of the motion, on or by July 23, 2024. Although that deadline has passed, no opposition or statement of non-opposition was filed.

Out of an abundance of caution, and in light of the Court's desire to resolve the action on the merits, the Court will provide Defendants one additional, final opportunity to oppose the motion.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 20, 2024 hearing on Plaintiff's motion for default judgment is VACATED;

2. Any opposition or statement of non-opposition by Defendants shall be filed no later than August 20, 2024, and the reply brief from Plaintiff, if any, is due by August 30, 2024;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed as consent to a summary grant of the motion, and may result in the imposition of a default judgment against each of them;

4. Plaintiff shall promptly serve a copy of this order on each Defendant at their last-known address, and file a proof of service with the Court; and

5. After the time period for briefing is complete, the Court will take this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). The Court will reschedule a hearing at a future date, if necessary.

Dated: July 31, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, mcke.1225