UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCKESSON CORPORATION, | Case No. 2:24-cv-1225-DJC-CSK |
| Plaintiff, | ORDER |
| v. | |
| TIN RX THE INDEPENDENT NETWORK, INC., et al., | |
| Defendant. | |

    This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule 302(c)(19). On February 11, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

    Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

    The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and

Recommendations in full.

Accordingly, IT IS ORDERED that the Proposed Findings and Recommendations (ECF No. 12) are ADOPTED;

1. Plaintiff's motion for default judgment (ECF No. 9) is GRANTED;

2. Plaintiff is awarded $2,199,533.15 for its principal;

3. Within 21 days, Plaintiff shall file a supplemental brief limited to presenting a modified request for prejudgment interest on Plaintiff's claims. Should Plaintiff file a supplemental brief, Defendants may respond within 21 days after the filing of Plaintiff's supplemental brief;

4. Plaintiff's award of final judgment is deferred until after a determination of Plaintiff's prejudgment interest award can be made, which will be done by further Findings and Recommendations.

IT IS SO ORDERED.

Dated: **March 25, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE