UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKesson Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>TIN Rx The Independent Network, Inc. et al,<br><br>      Defendant. | Case No. 2:24-cv-01225-DJC-CSK<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendants:

TIN Rx The Independent Network, Inc.;
TIN Rx / Castro San Francisco; and
Tin Rx At The Tower, Inc.

in the amount of $2,199,533.15.

April 16, 2025                                                  KEITH HOLLAND, CLERK

                                                                                          By: /s/ J. Donati, Deputy Clerk